# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR 23-02-H-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| LOGAN SEA PALLISTER | |
| Defendant. | |

Defense Counsel for Defendant, Logan Sea Pallister (Mr. Pallister), having filed an Unopposed Motion for Psychiatric Examination and Report, there being no objection from the Government and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Mr. Pallister be subjected to a psychiatric examination, to be conducted, pursuant to 18 U.S.C. §4241, by a licensed or certified psychiatrist;

**IT IS FURTHER ORDERED** that Mr. Pallister be committed to a facility designated by the Attorney General to be examined for a reasonable period, but not to exceed thirty (30) days;

**IT IS FURTHER ORDERED** that a psychiatric report be prepared and that said report shall include:

1

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis and prognosis;

**IT IS FURTHER ORDERED** that the report shall be filed with the Court, with copies to Counsel for Rachel Aileen Goodbird, and the attorney for the Government. Upon receipt of said report and the return of the Defendant to this district; and

**IT IS FURTHER ORDERED** that all currently scheduled proceedings are VACATED. The Court finds that all time between the date of this order and the post-examination hearing to be excludable time under the Speedy Trial Act. Title 18 U.S.C. §3161(h)(1)(A).

DATED this _____ day of February, 2023.

_____
BRIAN M. MORRIS
Chief United States District Judge